UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically Filed*

| | | |
|---|---|---|
| JAY THOMPSON | ) | |
| | ) | |
| Plaintiff | ) | Case No. 3:17-CV-487-RGJ |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, *et al.* | ) | |
| | ) | |
| Defendants | ) | |

************

**ORDER**

Pending before the Court is Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss.

The Court, having heard the arguments of Counsel and being fully informed, hereby GRANTS the motion. Plaintiff shall file his response on or before June 8, 2018.

May 30, 2018

Colin H Lindsay, District Judge
United States District Court